**SEALED**
**BY ORDER OF THE COURT**

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII    *ee*
April 2, 2025 5:05 PM
Lucy H.Carrillo, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| REBECCA ANN FOLLEY aka Becca Waters | ) |
| | ) Mag. No. 25-00295 RT |
| | ) |
| | ) |
| _____ | ) **FILED UNDER SEAL PURSUANT TO** |
| *Defendant(s)* | **CRIMLR5.2(a)(1)** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 2, 2024 to February 3, 2025  in the county of _____ Honolulu _____ in the

_____ District of _____ Hawaii _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871(a) | Threats Against the President and Successors to the Presidency |
| 18 U.S.C. § 875(c) | Interstate Communications |

This criminal complaint is based on these facts:

See attached Affidavit in Support of an Application for a Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bryce J. Lindevig, U.S. Secret Serice Special Agent
*Printed name and title*

Sworn to under oath before me telephonically, and attestation
acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: _____ 04/02/2025 _____

City and state: _____ Honolulu, HI _____

_____
Rom A. Trader
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Bryce Lindevig, being duly telephonically sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations, and make arrests.

2.      I am a Special Agent with the Department of Homeland Security, United States Secret Service ("USSS"), and have been so employed since May 2023. The USSS is the primary investigative agency charged with protecting the President of the United States, the Vice-President of the United States, and their families along with visiting heads of states and other U.S. political leaders authorized by Congress. I am currently assigned to the Honolulu Field Office (HNL FO). I attended and completed the eighteen-week USSS Special Agent Training Course at the James J. Rowley Training Center located in Beltsville, Maryland. I routinely investigate matters of protective intelligence concerning all USSS protectees. I have spoken, on numerous occasions, suspects, and witnesses. I have also spoken to other experienced investigators concerning methods and practices of protective intelligence investigations.

1

3.    This affidavit is intended to show merely that there is sufficient

probable cause for the requested arrest warrant for REBECCA ANN FOLLEY aka

Becca Waters and does not set forth all of my knowledge about this matter. The

facts in this affidavit come from my personal observations, my training and

experience, and information obtained from other agents and witnesses.

4.    Based on my training and experience and the facts as set forth in this

affidavit, there is probable cause to believe that violations of 18 U.S.C. § 871(a) -

Threats Against The President and Successors to the Presidency and 18 U.S.C. §

875(c) - Interstate Communications, and have been committed by REBECCA

ANN FOLLEY.

5.    Throughout this application references to information received or

actions taken by the United States Secret Service (USSS) included the USSS's

Protective Intelligence & Assessment Division (PID) and Protective Intelligence

Operations Center (PIOC).

## **PROBABLE CAUSE**

6.    On December 16, 2024, the United States Secret Service (USSS) was

made aware of threats against President Biden made by a Facebook profile name

"Becca Waters." The Facebook post which was dated "March 2" of 2024[1] stated,

---

[1] Based on my training and experience, the year is not shown along with the posted
date on Facebook if the post is viewed within the same calendar year it was posted.

2

"Going to kill the president (INSPECTOR GENERAL, I NEED YOU ASAP)."

URL:

https://www.facebook.com/photo/?fbid=122173947380024141&set=pcb.8306105

52432000. The email, beccawaters99@gmail.com, was linked to "Becca Waters."

## EXHIBIT 1



7.    On December 17, 2024, USSS identified "Becca Waters" as Rebecca

Ann FOLLEY; DOB: **/**/1976; SSN: ***-**-0328; and several physical

addresses linked to FOLLEY, through an open-source search. The USSS obtained

the following Facebook ID: 61550724253823 from the URL:

https://www.facebook.com/profile.php?id=61550724253823, linked to the

Facebook name "Becca Waters" through an open-source search.

### EXHIBIT 2



8.    On December 18, 2024, at *** First Street, Unit *, Pearl City, Hawaii

96782, USSS Special Agents Bryce Lindevig and Damian Ramey interviewed

FOLLEY about her Facebook post dated "March 2."   FOLLEY welcomed agents

onto the property. Agents informed FOLLEY they wished to speak to her, in sum

and substance, in a recorded statement, she related the following, among other

things:

a.    She knew why that agents were there.

4

b.    She is currently taking medications and receiving mental health treatment.

c.    She was a trafficking victim, but law enforcement was not being responsive to her reports, so as a "cry for help" she researched "presidential threats act 2020" and "key words" to "trigger all red flags." Then she sent the "bad trigger words" hoping to be investigated so people would see that her reports were being ignored.

d.    Despite doing this no one responded to her.

e.    After she was told that "this is the response," she explained that she had been doing this "in 2022 after" and had sent in "300 of those trying to get someone to come talk to [her]."

f.    She posted on Facebook and still no one responded. She tried to send up "the biggest red flare [she] could fucking find" "figure[ing] that would definitely get someone's attention" but was still ignored. She even explained that she made "presidential threats" and "posted then on Facebook" but she was still being ignored.

g.    "[N]obody even reported the presidential threats."

h.    She posted on Governor Josh Green's Facebook page a screenshot of her post on the White House page "Going to kill the president (INSPECTOR GENERAL I NEED YOU ASAP)"

5

**EXHIBIT 3**



i.  She questioned why she was able to do it so many times with it being
    overlooked: "I was wondering how long, and honestly, I started
    bragging, I was like, I've got to be the only person in the United
    States history that's ever been able to get away with 200 of these
    things on record."

j.  When referring to the threats on Facebook and advised to, "please
    don't do that anymore," she responded, "I'll be good."

9.    On December 24, 2024, the Federal Bureau of Investigation (FBI),
National Threat Operation Center (NTOC) notified USSS that a tip was received

via www.tips.fbi.gov in which FOLLEY, herself, submitted links that led the FBI

NTOC to her Facebook posts showing a threat to the president dated "Feb 21",

which was identical to the post FOLLEY previously showed USSS agents on

December 18, 2024.

**EXHIBIT 4**



10.    On December 24, 2024, FOLLEY provided the FBI links that led to a

post on Facebook dated, "yesterday at 10:02 AM" which contained the following,

"HOWEVER POSTING PRESIDENTIAL DEATH THREATS ON MY

OFFICIAL'S FB WALLS IS NOT AGAINST COMMUNITY STANDARDS, WHICH IS WHY I PUBLICY GOT AWAY WITH IT FOR ALMOST 3 YRS."…"Plus all my presidential threats trying to get Secret service bc the corruption, are still up on Governor Josh Green fb wall."

## EXHIBIT 5



11.     Within the notification from the FBI NTOC to the USSS, it contained the submitter's Internet Protocol (IP) address, which attached to a location in Pearl City, HI 96782. The FBI NTOC notified the USSS that within this tip, FOLLEY self-reported her name as "Rebecca Ann Folley", DOB as \*\*/\*\*/1976, phone number: (808) \*\*\*-6404, email, beccawaters99@gmail.com, and residential address as "[\*\*\* 1st \*] Pearl city HI 96782".

12.     An open-source search by the USSS revealed that on December 28, 2024, FOLLEY posted the following statement on Facebook, "I believe on the 1st

8

of January, when I get my little Itty bitty money's, I will Certified mail something

VERY VERY VERY special to the field office in Honolulu, the secret service

dudes, a enduring gift." Linked to this post was a screenshot of the address to the

USSS HNL FO and an email with the subject line, "Public presidential death

threats connected to state and government official's on Oahu, involved in PUBLIC

HUMAN TRAFFICKING Fwd: Mahalo for Your Message." The URL for this

post is:

https://www.facebook.com/permalink.php?story_fbid=pfbid02beJeghWosYLd1bZ
sywAYsPmubrR1HMmKNtFDTDrVzEt6iQz3cNeGcMNAPf1a9sAHl&id=61550
724253823.

\ \

\ \

\ \

\ \

\ \

\ \

\ \

\ \

\ \

\ \

\ \

## EXHIBIT 6



13.    On January 7, 2025, a USSS open-source search revealed a Facebook

post containing screenshots of multiple emails sent to Joint Base Pearl Harbor,

containing statements about FOLLEY's "public presidential death threats". URL:

https://www.facebook.com/permalink.php?story_fbid=pfbid02zXXzUVAkWLKfz

VmRYGSfJPrzjPgaxrx8YfXMVNPktTLNc5ZsmhB7EtLczPDGX8upl&id=61550

724253823.

10

**EXHIBIT 7**

Becca Waters's Post

Becca Waters
January 7 at 10:00 AM ·

The Joint Staff, EARLY BIRD GETS THE WORM. I WAS ALWAYS TAUGHT.

MORNING OAHU

Here are some ways to report issues with the Secret Service:

Complaints
To file a complaint against the Secret Service, you can send an email to Equal.Opportunity@usss.dhs.gov. You can also call (202) 406-5540 or TTY (202) 406-9805 to file a complaint by phone.

Employee misconduct
To report misconduct by a Secret Service employee, you can email ISP.WebComs@usss.dhs.gov or mail the U.S. Secret Service at 245 Murray Ln SW - BLDG T-5, Washington, DC 20223.
Threats

To report a threat against a Secret Service protectee, you can contact your nearest Secret Service field office. You can find the phone number for your nearest field office in the "Emergency Numbers" section of most phone books.

I FILED COMPLAINT LAST NIGHT TO THEIR BOSSES AND EMAILED THEM THE PUBLIC PRESIDENTIAL DEATH THREAT TO THEIR BOSSES AS TO SHOW, I DONT LIE.

Honolulu secret service field office, FORMAL COMPLAINT AGAINST 2 AGENTS, covering human trafficking case information due to involvement

Add label

Becca Yesterday
to ISP.WebComs

On 12/18/24 at 9:40 am, 2 secret service officer's came to my house to question me about some public presidential death threats on my fb page.

US Secret Service

eahuang@fbi.gov
tstaton@fbi.gov
grfrancis@fbi.gov
Date Jan 6, 2025, 7:55 PM
View security details

Hide quoted text

Honolulu secret service field office, FORMAL COMPLAINT AGAINST 2 AGENTS, covering human trafficking case information due to involvement

Add label

Becca Jan 6
On 12/18/24 at 9:40 am, 2 secret service officer's came to my house to question me

Becca Yesterday
to jointbasepearlhar...

Date Jan 6, 2025, 8:10 PM
View security details

I even sent THE FBI the public presidential death threats and they was real happy to ignore for a solid 2 years, 2023, 2024, 2025

What Educational requirements to perform mental health

To ISP.WebComs@usss.dhs.gov
Date Jan 6, 2025, 8:28 PM
View security details

I SHOWED DEPARTMENT OF HOMELAND SECURITY FUSION CENTER MULTIPLE TIMES, THE PRESIDENTIAL DEATH THREATS AND THEY IGNORED IT AND HAVE BEEN SINCE JANUARY 2024. I EVEN SENT IT TO THEM IN EMAIL AND THEIR WEBSITE CONTACT

+2

14. On January 7, 2025, at approximately 7:30am Eastern Standard Time (EST), FOLLEY emailed several agencies (i.e. Inspector General, Hawaii's Trafficking Prevention, and Ethics Division) with the subject line, "Public presidential death threats, Public corruption, Public human trafficking by city, county, state and federal office's in the state of Hawaii". Within this email

FOLLEY stated, "They said not to post the presidential death threats and don't send them to anyone and they'll be back."

## EXHIBIT 8

**From:** Becca
**To:** [illegible]
**Subject:** Fwd: Public presidential death threats, Public corruption, Public human trafficking by city, county, state and federal office's in the state of Hawaii
**Date:** Tuesday, January 7, 2025 5:57:19 PM

---------- Forwarded message ---------
From: Becca <beccawaters99@gmail.com>
Date: Tue, Jan 7, 2025, 8:18 AM
Subject: Fwd: Public presidential death threats, Public corruption, Public human trafficking by city, county, state and federal office's in the state of Hawaii
To: <ICIGHotline@odni.gov>, <Hotline@fcc.gov>, <disa.meade.ig.mbx.ig-hotline@mail.mil>, <oig@ftc.gov>, Hotline Inspector General (OIG) <Hotline.InspectorGeneral@dc.gov>

---------- Forwarded message ---------
From: Becca <beccawaters99@gmail.com>
Date: Tue, Jan 7, 2025, 7:28 AM
Subject: Public presidential death threats, Public corruption, Public human trafficking by city, county, state and federal office's in the state of Hawaii
To: Hotline Inspector General (OIG) <Hotline.InspectorGeneral@dc.gov>, <TraffickingPrevention@hawaii.gov>, <trafficking.contact@otda.ny.gov>, <trafficking@dot.gov>, <TraffickingTips@state.gov>, <ethicsdivision@doc.gov>, <ethicsadvice@cigie.gov>, <ethicscommittee@mail.house.gov>

Public presidential death threats, Public corruption, Public human trafficking by city, county, state and federal office's in the state of Hawaii.

Please check my heavy accusations as so I can exit my public human trafficking.

A MASSIVE SUIT AGAINST THE ENTIRE CITY OF HONOLULU AND STATE OF HAWAII

EC #25-325 HONOLULU ETHICS COMMISSION REPORT

Honolulu City Council, Mayor Rick Blangiardi, Honolulu Police Department (Official Site), HONOLULU DEPARTMENT OF HOMELAND SECURITY FUSION CENTER, SUSANNA WESLEY CENTER, HONOLULU HUMAN TRAFFICKING TASKFORCE, HONOLULU PROSECUTING ATTORNEY'S OFFICE AND HONOLULU POLICE COMMISSION ARE IN THAT NICE
EC #25-325 HONOLULU ETHICS COMMISSION VIOLATION FORMAL REPORT AND CASE.

TT2ND 24-042425 February 2nd, 2024 that escalated to a sexual assault report #24-292949 with 40 counts of sexual assaults from February 2nd to March 31st, 2024, as Honolulu Police Department openly discriminated against me and all City officials and office's allowed that public discrimination.

US Secret Service

Federal government office in Honolulu, Hawaii
Prince Kuhio Federal Building, 300 Ala Moana Blvd #6, Honolulu, HI 96850
(808) 541-1912

12/18/24 at 9:40am secret service showed up physically at my house, all my housemates where home and witnessed them come and talk to me. They said it was strange that they haven't heard anything about the presidential death threats until a few weeks before that. I responded with. I sent 200 into the legitimate whitehouse in 3wks back in 2022, posted publicly for 2 yrs, then i posted them on city, county, state and federal official's social media accounts, sent the by the 1000's to those ppl and law enforcement in 6 states and not a single person, place of thing ever reported it. How was I even able to legitimately send in 200 8n 3wks to the actual whitehouse and not any acknowledgement. I said that's what needs to be investigated

They said not to post the presidential death threats and don't send them to anyone and they'll be back. However that has not been the case. And I believe if Anton Krucky was not lying about the attorney General in Honolulu having my case. Then when Secret service started asking questions about me, with the amount of corruption involved. I would of been pulled out.

I have now sent out my public presidential death threats to 100's of army, airforce, fbi, GSA, and pentagon, since the HONOLULU SECRET SERVICE DUDES came by. Which makes me wonder IF THE HONOLULU SECRET SERVICE FIELD OFFICE AND THE HONOLULU DEPARTMENT OF HOMELAND SECURITY FUSION CENTER, is using their federal government office's and jobs to assit in corruption regarding public human trafficking? I think that is a founded question that many should ask and investigate. That fact STATE, CITY, COUNTY AND FEDERAL OFFICE'S IN SIX STATES DID NOT REPORT IT OVER THE LAST 3YRS is what causes an ACTUAL NATIONAL SECURITY BREACH, A HUGE ONE. Which is why I looked up THE TASKFORCE FOR THE ATTEMPTED ASSASSINATION ON DONALD TRUMP and contacted them. BECAUSE MY LEGAL FATHERS CAREER AND POSITION is why I contacted all branches of military. The reason I contacted the PENTAGON is because the level of corruption, the breach in national security, and if it's regarding human trafficking, their security measures don't work bc their employees are infact human traffick.

I just don't have the time nor luxury of explaining to my traffickers fully, I do however like to taunt them. That makes me smile.

Now to me that seems like a clear line from HONOLULU SECRET SERVICE OFFICE, DEPARTMENT OF HOMELAND SECURITY FUSION CENTER, HONOLULU POLICE DEPARTMENT, HAWAII ATTORNEY GENERAL'S OFFICE, THE MAYOR RICK BLANGIARDI OFFICE, THE CITY COUNCIL OFFICE, THE GOVERNORS OFFICE, AND MANY OTHER, WHAT?????????





I even sent THE FBI the public presidential death threats and they was real happy to ignore for a solid 2 years, 2023, 2024, 2025

What Educational requirements to perform mental health evaluation?

To perform a mental health evaluation, the required education is typically a doctoral degree in clinical psychology (Ph.D. or Psy.D.), which includes extensive training in psychological assessment, diagnosis, and treatment of mental health disorders, along with state licensure to practice independently as a psychologist.

There is legal, legitimate, federal government requirements, THAT HAS TO BE IN PLACE BEFORE A MENTAL HEALTH DIAGNOSIS, FROM THE MENTAL HEALTH PROFESSIONAL DOING THE ACTUAL EVALUATION ON THAT INDIVIDUAL, THEMSELVES, WITH THE PATIENT AWARE OR BEEN COMMUNICATED WITH, REGARDING THE MENTAL HEALTH EVALUATION.

I SHOWED DEPARTMENT OF HOMELAND SECURITY FUSION CENTER MULTIPLE TIMES, THE PRESIDENTIAL DEATH THREATS, AND THEY JUST IGNORED IT AND HAVE BEEN SINCE JANUARY 19TH, 2024. I EVEN SENT IT TO THEM IN EMAIL AND THEIR WEBSITE CONTACT FORM AND NOTHING.

A MASSIVE SUIT AGAINST THE ENTIRE CITY OF HONOLULU AND STATE OF HAWAII

EC #25-325 HONOLULU ETHICS COMMISSION REPORT

Honolulu City Council, Mayor Rick Blangiardi, Honolulu Police Department (Official Site), HONOLULU DEPARTMENT OF HOMELAND SECURITY FUSION CENTER, SUSANNA WESLEY CENTER, HONOLULU HUMAN TRAFFICKING TASKFORCE, HONOLULU PROSECUTING ATTORNEY'S OFFICE AND HONOLULU POLICE COMMISSION ARE IN THAT NICE
EC #25-325 HONOLULU ETHICS COMMISSION VIOLATION FORMAL REPORT AND CASE.

TT2ND 24-042425 February 2nd, 2024 that escalated to a sexual assault report #24-292949 with 40 counts of sexual assaults from February 2nd to March 31st, 2024, as Honolulu Police Department openly discriminated against me and all City officials and office's allowed that public discrimination.

Which is clearly as I stated,

City
County
State
And federal office's involved and assisting in my public human trafficking by using the office's and job titles for human trafficking

Rebecca Folley
808-[redacted]-6404
[redacted] 1st street #[redacted] Pearl city hawaii
Beccawaters99@gmail.com

15. On January 29, 2025, the USSS Miami Field Office received a notification from Miami-Dade State Attorney's Office referencing an email they received from beccawaters99@gmail.com stating, "I posted MY PUBLIC PRESIDENTIAL DEATH THREATS ALL OVER MY HAWAII STATE ELECTED OFFICIAL'S PUBLIC FACEBOOK AND IN EMAILS." The signature line of this email was signed as "Rebecca Folley 808-***-6404".

\\

\\

\\

\\

## EXHIBIT 9



16.    A subsequent open-source search by USSS revealed that on January

29, 2025, at 9:46pm EST, FOLLEY posted two screenshots of earlier comments

made at an unspecified date and time in the comment section of a livestream by the

official POTUS Facebook account. "Becca Waters" posted, "I'M GOING TO

KILL DONALD TRUMP" and "Going to kill president." URL:

https://www.facebook.com/permalink.php?story_fbid=pfbid02DHfKuthaHt4pwM

Knv7VWogem3uiaTeN1sWC6JzZASVtKCFMUPnSrwo8v6WBBMzNbl&id=615

50724253823.

# EXHIBIT 10



**Becca Waters**
5h · ⊗

Public corruption connected to ongoing human trafficking. This is how much the state and federal office's around me intensionally ignore, AS TO IGNORE MY HUMAN TRAFFICKING.
https://www.facebook.com/share/p/1BvqKJHR6R/
Hey so here is link to the live video of the townhall meeting in April. for the chinatown district. I was the last to speak.
https://www.facebook.com/share/v/kRnGCcfoWiH9Mnrw/?mibextid=oFDknk
https://ldrv.ms/w/s!AkuTV_TtBFIXbLcKMGB6jdNn8m4?e=mdJR4v
My life story is motivation behind donne magers actions in 2020 thru 2024 and she was main family member to be reason I was taken to a location a tortured, and her internet crimes against me, with cyberstalking, identify theft and fraud, for intention of my human trafficking
CLARK COUNTY WA #22093927
All attached to a Polaris human trafficking case. Polaris human trafficking case #01219074. This current trafficking situation is 10yr old but my polaris case goes back to when I was 3yrs old.
Polaris human trafficking case #01219074
How come not a single cne of you reported this, or the corruption around this? is it the same reason you intentionally ignored the different aspects of my ongoing hawaii human trafficking?

Public presidential death threats for 3yrs is why there is Public corruption connected to ongoing human trafficking. This is how much the state and federal office's around me intentionally ignore, AS TO IGNORE MY HUMAN TRAFFICKING.

I really really really want that federal government investigation bad and because sent every single city, county, state and federal office's THESE PUBLIC PRESIDENTIAL DEATH THREATS IN EMAILS AND POSTED THEM ON THEIR FACEBOOK PAGES. BECAUSE THEY WERE INTENTIONALLY IGNORING A LEGITIMATE FEDERAL HUMAN TRAFFICKING CASE THROUGH THE NATIONAL HUMAN TRAFFICKING HOTLINE, POLARIS, DUE TO THEIR INVOLVEMENT IN MY PUBLIC HUMAN TRAFFICKING. NOT A SINGLE ONE REPORTED T OR EVEN BOTHERED TO TAKE THEM DOWN OFF OF THE PUBLIC WALLS. BECAUSE THAT IS HOW MUCH MY ENVIRONMENT IS INTENTIONALLY IGNORING ANYTHING I SAY AS TO FURTHER ASSIST IN MY SOCIALLY PSYCHOLOGICALLY TORTURING ENVIRONMENT AKA PUBLIC HUMAN TRAFFICKING THROUGH CITY, COUNTY, STATE AND FEDERAL OFFICE'S IN THE STATE OF HAWAII

I sent in 200 presidential death threats to the whitehouse website, in 2022, in 3wks. To simply draw attention of the Inspector General, regarding City, county, state and federal office's assisting with A SOCIALLY PSYCHOLOGICALLY TORTURING ENVIRONMENT, TO BE RECORDED AND PUT ONLINE FOR PEOPLE TO MAKE MONEY AND THEIR ENTERTAINMENT.

Why do I NOT get arrested for presidential death threats? Ohh that's right, there would have to be an investigation and my socially psychologically torturing environment aka public human traffickers. DOES NOT WANT THAT 3C THEN THAT EXPOSES THEM AND THEIR PART.

Honolulu aggressive stalking and harassment reports attached to TT2ND #24-042425

24-066855
24-066901
24-066855
24-074365
24-076119
24-108866

And all these incident reports escalated to a sexual assault report #24-292948 with 40 counts of sexual assaults from February 2nd to March 31st, 2024. While hpd knew I was a documented trafficking victim, with childhood and adult human trafficking, by my family. However hpd refuses to acknowledge the incident reports attached to TT2ND and sexual assault report.

HPD refuses to acknowledge that I am infact a human trafficking victim, that they allowed to be aggressively stalked and harassed, physically assaulted and Sexually assaulted. Because they were discriminating against me based on the fact I was homeless when I got to Oahu. Forgetting I was renting my place on big island before I came here. That I had to actually leave my rented place for safety and Honolulu knowing I had been raped off and on my whole life due to my human trafficking. And they put me in an unsafe environment, around untrained trafficking ppl, that didn't know human trafficking trauma or laws.
All this is in my POLARIS HUMAN TRAFFICKING CASE #01219074 attached to big island unlawful imprisonment report 24-001521.



## EXHIBIT 11



## EXHIBIT 12



17.    On February 1, 2025, at 2:20pm EST, "Becca Waters" posted the following statements on Facebook, "GOING TO COME TO WASHINGTON DC, BLOW UP WHITEHOUSE AND KILL PRESIDENT DONALD TRUMP." URL: https://www.facebook.com/photo?fbid=122245920434024141&set=pcb.12224592 0746024141.

**EXHIBIT 13**



18.    A subsequent open-source search reviled on February 3, 2025, at 4:06am EST, "Becca Waters" posted: "PUBLIC PRESIDENTIAL DEATH THREATS AND PUBLIC THREATS TO BLOW UP The White House. ARREST ME PLEASE, BECAUSE THERE WILL HAVE TO BE AN INVESTIGATION. OTHERWISE PUBLICLY SPEAK AGAINST MY CURRENT MENTAL HEALTH DIAGNOSIS WHICH THEN SHOWS MULTIPLE ILLEGAL ACTIONS. EVERYONE KNOW WHERE I LIVE." This post was captured by USSS PID with the following URL:

https://www.facebook.com/profile.php?id=61550724253823.

## **EXHIBIT 14**



**Becca Waters**
Yesterday at 4:06 AM · 🌐

PUBLIC PRESIDENTIAL DEATH THREATS AND PUBLIC THREATS TO BLOW UP The White House.

ARREST ME PLEASE, BECAUSE THERE WILL HAVE TO BE AN INVESTIGATION. OTHERWISE PUBLICLY SPEAK AGAINST MY CURRENT MENTAL HEALTH DIAGNOSIS WHICH THEN SHOWS MULTIPLE ILLEGAL ACTIONS.

EVERYONE KNOW WHERE I LIVE.



YOUTUBE.COM
**Military Motivation - "Die For You"**
Hope you enjoyed.●Music: The Seige - Die For You●Discord → https://discord.gg/m92TNG...

18

19.    On February 3, 2025, at 5:09am EST, "Becca Waters" posted: "YUP,

EVERYONE, PLEASE LOOK AT MY BEAUTIFUL PUBLIC PRESIDENTIAL

DEATH THREATS AND PUBLIC THREATS TO BLOW UP The White House

BECAUSE I CAN LEGALLY GET AWAY WITH IT…" This post was captured

by USSS PID with the following URL:

https://www.facebook.com/profile.php?id=61550724253823.

**EXHIBIT 15**



20.    Within the February 3, 2025, post, "Becca Waters" tagged the United

States Marshals Service, USSS, Congressman Ed Case, Mayor Rick Blangiardi,

and Governor Josh Green, among many others, and attached screenshots of "Becca

19

Waters" commenting on a separate Facebook post by Congressman Ed Case

stating, "GOING TO COME TO WASHINGTON DC, BLOW UP

WHITEHOUSE AND KILL PRESIDENT DONALD TRUMP" and "Sir, would

you mind if I killed you? Just spit balling." URL:

https://www.facebook.com/photo?fbid=122245920434024141&set=pcb.12224592

0746024141.

## EXHIBIT 16



20

21.     On March 10, 2025, SA Bryce Lindevig and IA Diana Webrand interviewed Witness 1 via telephone. Witness 1 works for Councilman Thomas Waters in Honolulu, HI, and he/she came across a post tagged on Councilman Waters' Facebook wall from 'Becca Waters' stating, "LETS SEE IF THIS WILL TRIGGER THE GOVERNMENTAL RED FLAGS, AS TO REACH FEDERAL OFFICE'S OUTSIDE OF THE STATE OF HAWAII. 1/30/2025…" with attached screenshots stating, "I AM GOING TO BLOW UP THE WHITEHOUSE AND KILL THE PRESIDENT OF THE UNITED STATES OF AMERICA." Witness 1 recalled that Ryan ROUTH posted similar messages on Councilman Waters' Facebook page prior to his attempted assassination of President Donald Trump, and thus viewed this statement from 'Becca Waters' as a threat. Witness 1 subsequently submitted an online tip to the FBI on February 3, 2025, which was then forwarded to the USSS upon receipt. Witness 1 provided the following screenshot:

\ \

\ \

\ \

\ \

\ \

\ \

## **EXHIBIT 17**



22.    On March 26, 2025, at *** First Street, Unit *, Pearl City, Hawaii

96782, USSS Special Agents Bryce Lindevig and Chung Lau interviewed

FOLLEY about her continued Facebook posts since December 18, 2024. FOLLEY

welcomed agents onto the property. Agents informed FOLLEY they wished to

speak to her, in sum and substance, in a recorded statement she related the

following, among other things:

22

a.   She knew agents told her not to continue making threats and admitted she did continue when asked if she posted since she last talked to agents, "yes."

b.   She is no longer receiving mental health treatment, however, still currently taking medications.

c.   She continued to state she was a trafficking victim, but law enforcement was not being responsive to her reports, so as a "cry for help" she researched "presidential threats act 2020" and "key words" to "trigger all red flags." Then she sent the "bad trigger words" to the president hoping to be investigated so people would see that her reports were being ignored.

d.   When asked if she's aware her statements are federal crimes, she stated "yes, I'm fully aware."

e.   She nodded in agreement and verbally agreed that her intention was to have her threats taken seriously by those reading them so law enforcement would be forced to investigate her and claims.

f.   When asked if she wanted agencies like the Secret Service to take her statements seriously, she nodded, "yes" in agreement.

g.   At the request of USSS, she examined printouts of her posts and emails and by signing each of them confirmed she posted or sent

23

them.  Agent's note: All of these posts/emails are included as exhibits in this affidavit.

h.    She knew an individual got arrested in Florida last year for "presidential threats on Facebook" and she contacted  a "DA" in Florida for that case to ask, "why could I get away with this?"

i.    She stated that when nobody would come talk to her, she had to find the "biggest gun I could pull" to get law enforcement's attention.

j.    She stated, "I swear on everything, I won't do it no more. I just had to make sure that it wasn't being ignored anymore" when told not to post anymore threats.

k.    She stated, "I tell people, you know, I don't, I won't hurt nobody, but I will use my words to motivate people because the moment I take it from verbal to actions, that's when mental health issues come into play."

## **CRIMINAL HISTORY & RESTRAINING ORDERS**

23.    A search of FOLLEY's criminal history revealed a November 19, 1998, conviction in the State of Texas for INJ CHILD W/INT BODILY INJ, Felony third degree (sequence 1 and sequence 2). On March 22, 2021, FOLLEY shows a conviction for assault third degree in the State of Hawaii, Third Circuit

24

Court. FOLLEY entered "Nolo Contendere Pleas" and was sentenced to five

Day(s) Jail Suspend one Day(s) for one Year(s) credit for time served.

24.    Additional checks confirm FOLLEY is the respondent on a

restraining order, which restrain FOLLEY from assaulting, threatening, abusing,

harassing, following, interfering, or stalking another (filed in the First Circuit

1DSS-24-0001350, 12-NOV-2024). The restraining order stats that the Petitioner

has physical safety concerns regarding FOLLEY due to her harassing messages

and Facebook posts directed toward the Petitioner.

## ADDITIONAL THREATS

25.    In April 2021, FOLLEY made a threat to a family member in the State

of Washington. Specifically, FOLLEY stated to the family member, "I am coming

back to Washington just for you guys. I am coming back to return the love. See

you guys soon. Tell donne, I have a special gift for her…I am beyond pissed off.

You fucked up and now I get to finish." This was reported to the FBI by the family

member. On April 21, 2021, the FBI met FOLLEY at the Hilo International

Airport.  She was ticketed to board a flight to Honolulu, then to Portland, Oregon,

and then to Boulder, Colorado. Furthermore, FOLLEY stated she was going to

Portland, Oregon to find said family member to tell them to stop hurting and

harassing FOLLEY. FOLLEY told FBI agents that if they advised the family

member to stop harassing her that she would have no reason to leave Hawaii. After speaking with the FBI, FOLLEY did not board her flight and left the airport.

26.    Based on the facts described above, and on my training and experience, I submit that there is probable cause to arrest the defendant, REBECCA ANN FOLLEY aka Becca Waters, for violating Title 18, United States Code, Sections 871(a) and 875(c).

FURTHER AFFIANT SAYETH NAUGHT.

Bryce Lindevig
Special Agent
United States Secret Service

This Criminal Complaint and Agent's Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at 4:45 p.m. on April 2, 2025, at Honolulu, Hawaii.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to FRCP 4(d) and 4.1(b)(2)(A) this 2nd day of April 2025, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

26